**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRELL ASBERRY, MICHAEL F. CORDES, SHIRLEY PIATT, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE MONEY STORE, TMS MORTGAGE, INC., HOMEQ SERVICING CORP., WELLS FARGO BANK, N.A.,<br><br>    Defendants. | Case No. 2: 18-cv-01291-ODW (PLAx)<br><br>**JUDGMENT** |

On October 5, 2018, Defendants The Money Store, TMS Mortgage, Inc., HomEq Servicing Corp., and Wells Fargo Bank, N.A. moved the Court to dismiss Plaintiffs' Second Amended Class Action Complaint (the "Motion to Dismiss"), with prejudice. Having considered the papers submitted in support of and in opposition to the Motion to Dismiss, along with the pleadings in this action, the Court granted Defendants' Motion to Dismiss, with prejudice, for the reasons set forth in the Court's May 28, 2019 Order [Dkt. No. 60].

The Court having granted Defendants' Motion to Dismiss, and good cause appearing therefore, **IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Plaintiffs' Second Amended Class Action Complaint is hereby **DISMISSED** with prejudice;

2. Plaintiffs **SHALL TAKE NOTHING** by way of their Second Amended Class Action Complaint in this action;

3. This action is **DISMISSED** in its entirety;

4. **JUDGMENT** is entered in favor of Defendants and against Plaintiffs; and

5. Defendants shall recover their costs of suit from Plaintiffs, pursuant to Federal Rule of Civil Procedure 54.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 7, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**